# United States District Court
## Southern District of Georgia

RAYMOND HARGROVE,

    Movant,

    v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-124
CR 414-384

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 6, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. The § 2255 motion is DENIED, and this civil action stands CLOSED.

09/06/2016
Date



Scott L. Poff
Clerk

_Tara H. Burton_
(By) Deputy Clerk